

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00568-CV

**IN THE INTEREST OF B.J.J.T.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA02398
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we AFFIRM the trial court's order. Because appellant, Sara T., is indigent, no costs of this appeal are assessed.

SIGNED May 19, 2021.

Luz Elena D. Chapa, Justice